**STATE OF LOUISIANA**      *      **NO. 2019-KA-0330**

**VERSUS**      *      **COURT OF APPEAL**

**TROY VARNADO**      *      **FOURTH CIRCUIT**

     *      **STATE OF LOUISIANA**

     *

     *

\* \* \* \* \* \* \*


**LOVE, J., CONCURS IN THE RESULTS**